1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5
6

SOPI D. KENNAR,

7
                        Petitioner,

8       v.

9   SEATTLE ICE FIELD OFFICE
    DIRECTOR,

10
                        Respondent.

Case No. 2:21-cv-760-TSZ-TLF

ORDER APPOINTING THE
FEDERAL PUBLIC DEFENDER

11
12          This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has brought a

13  motion to appoint counsel. (Dkt. 4.) Having considered the motion, petitioner's financial

    eligibility, and the balance of the record, the Court finds and ORDERS:

14
15      (1)     The Federal Public Defendant's Office has filed a motion to appoint

16              counsel on behalf of petitioner, Sopi D. Kennar. Dkt. 4. The petition in this

17              matter indicates that this case falls within the class of cases potentially

18              governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001).

19      (2)     Because of the complex issues involved in this case, the interests of

20              justice require that counsel be appointed for petitioner. *See* 18 U.S.C. §

21              3006A(a)(2)(B). As required by statute, petitioner has demonstrated

22              financial eligibility for such appointment. Dkt. 4-1. Accordingly, petitioner's

23              request for appointment of counsel is GRANTED. The Court appoints the

24              Federal Public Defender to represent petitioner in these proceedings

25

(3)    The Clerk is directed to send copies of this Order to petitioner, to the

Federal Public Defender's Office, and to the Honorable Thomas S. Zilly.

Dated this 19th day of July, 2021.


Theresa L. Fricke
United States Magistrate Judge